692 A.2d 42

IN THE MATTER OF SYLVIA BRANDON–
PEREZ, AN ATTORNEY AT LAW.

April 25, 1997.

## ORDER

The Disciplinary Review Board on October 30, 1996, having filed with the Court its decision concluding that **SYLVIA BRANDON–**

PEREZ of **WEST NEW YORK,** who was admitted to the bar of this State in 1976, should be suspended from the practice of law for a period of six months for her violation of *RPC* 8.4(c) (conduct involving dishonesty, fraud, deceit or misrepresentation), and good cause appearing;

It is ORDERED that **SYLVIA BRANDON–PEREZ** is hereby suspended from the practice of law for a period of six months, effective May 16, 1997, and until the further Order of the Court; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent be restrained and enjoined from practicing law during the period of her suspension and that she comply with *Rule* 1:20–20; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.